**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| Tony Gatlin, individually<br>and on behalf of all persons similarly situated, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No. MO-18-CV-00081-DC |
| v. | ) <br> ) | |
| Backyard Energy Services, LLC, | ) <br> ) | |
| Defendant. | ) <br> ) | |

## <u>NOTICE OF SETTLEMENT</u>

The parties hereby inform the Court that they have reached a monetary settlement agreement and are finalizing non-monetary terms. The parties agree this moots Defendant's response to Plaintiff's Opposed Motion for Conditional Certification (Doc. 15), due September 20, 2018, and deadline to submit a proposed scheduling recommendation.

Respectfully submitted,

*s/ Philip R. Bruce (Pro Hac Vice)*

Joshua W. Solberg, OBA No. 22308
Philip R. Bruce, OBA No. 30504
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Phone:    (405) 235-9621
Fax:        (405) 235-0439
joshua.solberg@mcafeetaft.com
philip.bruce@mcafeetaft.com

Murray A. Trey Crutcher, III, Bar # 24028169
Atkins, Hollmann, Jones,
Peacock, Lewis & Lyon, Inc.
3800 East 42nd Street, Suite 500
Odessa, TX 79762
Phone (432)-331-1310
Tcrutcher@odessalawfirm.com

**ATTORNEYS FOR DEFENDANT
BACKYARD ENERGY SERVICES, LLC**

-and-

s/        Andrew Dunlap (with permission)

Michael A. Josephson, Bar # 24014780
Andrew W. Dunlap, Bar # 24078444
Jennifer M. Solak, Bar # 24060634
*Admitted Pro Hac Vice*
Josephson Dunlap Law Firm
11 Greenway Plaza, Suite 3050
Houston ,TX 77046
Tel:    (713) 352-1100
Fax:    (713) 352-3300
mjosephson@mybackpaywages.com
adunlap@mybackpaywages.com
jsolak@mybackpaywages.com

-and-

2

Richard J. (Rex) Burch, Bar # 24001807
Bruckner Burch, PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Tel:     (713) 877-8788
Fax:     (713) 877-8065
rburch@brucknerbirch.com

**ATTORNEYS FOR PLAINTIFF**
**AND PROPOSED FLSA COLLECTIVE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael A. Josephson
Andrew W. Dunlap
Jennifer M. Solak
Josephson Dunlap Law Firm
11 Greenway Plaza, Suite 3050
Houston ,TX 77046
mjosephson@mybackpaywages.com
adunlap@mybackpaywages.com
jsolak@mybackpaywages.com

-and-

Richard J. Burch
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046
rburch@brucknerbirch.com

**ATTORNEYS FOR PLAINTIFF**
**AND PROPOSED FLSA COLLECTIVE**

*s/ Philip R. Bruce*
Philip R. Bruce